IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEITH WILLIAMS,

    Petitioner,                   No. CIV S-11-2350 KJM CKD P

   vs.

BOARD OF PAROLE HEARINGS,

    Respondent.                FINDINGS & RECOMMENDATIONS

_____/

        By an order filed September 12, 2011, petitioner was ordered to file a request to proceed in forma pauperis or pay the filing fee within thirty days. The thirty day period has now expired, and petitioner has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

/////

/////

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
2  F.2d 1153 (9th Cir. 1991).
3  Dated: October 25, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will2350.fifp